IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER JOEL WRIGHT and CYNTHIA ELAINE WRIGHT, as Co-Personal Representatives of the Estate of KIRSTIN NICOLE WRIGHT, deceased, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>HELEN KNOPP, as Personal Representative of the ESTATE OF GARY KNOPP, deceased, *et al.*,<br><br>Defendant. | Case No. 3:21-cv-00049-JWS<br>3:21-cv-00051-JWS<br>Consolidated<br><br>**ORDER OF CONSOLIDATION** |

This matter coming to be heard on motion of Plaintiffs to consolidate this matter with *Hulsey, et al. v. Knopp, et al.*, 3:21-cv-00051-JWS, by agreement of the parties in both matters,

IT IS HEREBY ORDERED:

1. The Court finds common issues of law and fact as to *Hulsey, et al. v. Knopp, et al.*, 3:21-cv-00051-JWS, and *Wright, et al. v. Knopp, et al.*, 3:21-cv-00049-JWS, such that Rule 42(a) is satisfied and consolidation shall serve the purposes of Fed. R. Civ. P. 1 by promoting just, speedy, and inexpensive determination of these actions.

2. The Court consolidates *Hulsey, et al. v. Knopp, et al.*, 3:21-cv-00051-JWS, into *Wright, et al. v. Knopp, et al.*, 3:21-cv-00049-JWS.

3. This order will not be considered a dismissal or disposition of these actions on the merits. All future pleadings are to be filed in the consolidated case alone (3:21-cv-00049-JWS). No pleadings should be filed in any of the individual related actions which are to be administratively closed. Should any party believe at any point in the future that separate proceedings have become necessary for that party's particular claims, the party should make a motion in the consolidated case 3:21-cv-00049-JWS seeking relief. The Clerk also is directed to transfer all attorney appearances in 3:21-cv-00051-JWS to 3:21-cv-00049-JWS.

IT IS SO ORDERED this 6th day of May, 2021, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge
